**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| **ANDREA HOOD,** )<br>)<br>    **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**STEVEN T. MNUCHIN, Secretary of the** )<br>**Treasury,** )<br>)<br>    **Defendant.** ) | **Case No. 2:19-cv-2299-SHL-cgc** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Andrea Hood and Defendant Steven T. Mnuchin, Secretary of the Treasury, hereby state that they have resolved the above captioned matter and request that this matter be dismissed with prejudice, with each party to bear her or its own fees and costs.

Respectfully submitted,

D. MICHAEL DUNAVANT
UNITED STATES ATTORNEY

s/Eileen Kuo
Monica M. Simmons-Jones (TN #18892)
Eileen Kuo (TN #27365)
Assistant United States Attorney
167 North Main Street, Suite 800
Memphis, Tennessee 38103
Telephone (901) 544-4231
eileen.kuo@usdoj.gov

s/James R. Becker (with permission)
James R. Becker, Jr. (16582)
5100 Poplar Ave., Suite 2606
Memphis, TN  38137

(901) 881-6205
*Attorney for Plaintiff*
jrb@beckerlawfirm.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of February, 2020, I filed the foregoing via this Court's CM/ECF electronic filing system, which automatically served the below counsel of record:

James R. Becker, Jr.
5100 Poplar Ave., Suite 2606
Memphis, TN 38137
*Counsel for Plaintiff*

s/Eileen Kuo
Assistant U.S. Attorney